BLAKE J. RUSSUM (SBN 258031)
HAYK GHALUMYAN (SBN 314686)
ROPERS MAJESKI PC
1001 Marshall Street, 5th Floor
Redwood City, CA 94063
Telephone: 650.364.8200
Facsimile: 650.780.1701
Email: blake.russum@ropers.com
hayk.ghalumyan@ropers.com

Attorneys for Defendants
LIBERTY INSURANCE CORPORATION;
LIBERTY MUTUAL INSURANCE
COMPANY *erroneously sued as* LIBERTY
MUTUAL INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASSWERKS LA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION; LIBERTY MUTUAL INSURANCE CORPORATION; DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-10428-VAP-PD<br><br>**NOTICE OF LIBERTY INSURANCE CORPORATION'S MOTION TO DISMISS**<br><br>Date: February 22, 2021<br>Time: 2:00 P.M.<br>Courtroom: 8A, 8th Floor<br>Judge: Hon. Virginia A. Phillips |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on February 22, 2021 at 2:00 P.M., or as soon thereafter as the matter may be heard in Courtroom 8A of the above-entitled court, located 350 West 1st Street, Los Angeles, CA 90012, Defendant Liberty Insurance Corporation ("Liberty") shall, and hereby does, move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing with prejudice the First Amended Complaint of Plaintiff Glasswerks LA, Inc. ("Plaintiff"). This Motion is made following the conference of counsel pursuant to

L.R. 7-3, which took place on November 25, 2020.

Liberty moves for an Order dismissing the First Amended Complaint with prejudice on the basis that Plaintiff's causes of action fail to state claims upon which relief may be granted, as further set forth in the accompanying Memorandum of Points and Authorities. This Motion is based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Linda Przychodny, the exhibit attached thereto, all pleadings and papers on file in this action, and any oral argument that the Court may properly receive at the hearing on this Motion.

Dated: January 7, 2021     ROPERS MAJESKI PC

By: */s/ Blake J. Russum*
BLAKE J. RUSSUM
HAYK GHALUMYAN
Attorneys for Defendant
LIBERTY INSURANCE
CORPORATION; LIBERTY
MUTUAL INSURANCE
COMPANY *erroneously sued as*
LIBERTY MUTUAL INSURANCE
CORPORATION