JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Glasswerks LA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Liberty Insurance Corporation et al., <br><br> Defendants. | 2:20-cv-10428-VAP-PDx <br><br> **Judgment** <br> **(Dkts. 16, 17)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Defendants Liberty Insurance Corporation and Liberty Mutual Insurance Company's ("Defendants") separate Motions to Dismiss issued herewith, IT IS ORDERED AND ADJUDGED that the action, Glasswerks LA, Inc. v. Liberty Insurance Corporation et al., 2:20-cv-10428-VAP-PDx, is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    3/10/21

Virginia A. Phillips
United States District Judge